# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STEVEN LEWIS NEVELS,**
**ADC #108825**                                                          **PLAINTIFF**

**V.**                    **CASE NO. 1:17-CV-00051 JM/BD**

**CINDY LANE**                                                          **DEFENDANT**

## RECOMMENDED DISPOSITION

**I.    Procedure for Filing Objections:**

This Recommended Disposition ("Recommendation") has been sent to Judge James M. Moody Jr. You may file written objections to this Recommendation. If you file objections, they must be specific and must include the factual or legal basis for your objection.

Your objections must be received in the office of the United States District Court Clerk within fourteen (14) days of this Recommendation. If no objections are filed, Judge Moody can adopt this Recommendation without independently reviewing the record. By not objecting, you may also waive any right to appeal questions of fact.

**II.    Discussion:**

Plaintiff Steven Lewis Nevels, an inmate at the Ouachita River Unit of the Arkansas Department of Correction, filed this case without the help of a lawyer under 42 U.S.C. § 1983 and is proceeding *in forma pauperis*. (Docket entries #1, #2)

Mr. Nevels did not include enough information in his complaint for the Court to allow it to move forward. (#2) Rather than recommending dismissal of the complaint,

however, the Court ordered Mr. Nevels to file an amended complaint within 14 days of September 13, 2017, to cure the deficiencies.[1] (#8) To date, he has failed to comply with the Court's September 13, 2017 Order, and the time for doing so has passed. The Court specifically cautioned Mr. Nevels that his claims could be dismissed if he failed to comply with the Court's Order. (#4)

**III.  Conclusion:**

The Court recommends that Mr. Nevels's claims be DISMISSED, without prejudice, based on his failure to comply with the Court's September 13, 2017 Order.

DATED this 29th day of September, 2017.

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] On August 7, 2017, Mr. Nevels was given thirty days to amend his complaint and cure the deficiencies. (#4) On August 14, 2017, Mr. Nevels filed a notice of a change of address with the Court. (#5) Therefore, the Court gave him additional time to amend. (#8)