IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

STEVEN LEWIS NEVELS,
ADC #108825                                                                                       PLAINTIFF

V.                           CASE NO. 1:17-CV-00051 JM/BD

CINDY LANE                                                                                        DEFENDANT

## ORDER

The Court has received a Recommended Disposition ("Recommendation") from Magistrate Judge Beth Deere. Mr. Nevels has not filed an objection. After careful review of the Recommendation, the Court concludes that the Recommendation should be, and hereby is, approved and adopted as this Court's findings in its entirety.

Mr. Nevels's lawsuit is DISMISSED, without prejudice.

IT IS SO ORDERED, this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE