# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**STEVEN LEWIS NEVELS,**
**ADC #108825**                                                                                      **PLAINTIFF**

**V.**                         **CASE NO. 1:17-CV-00051 JM/BD**

**CINDY LANE**                                                                                       **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED, without prejudice.

SO ORDERED, this 17th day of October, 2017.

_____
UNITED STATES DISTRICT JUDGE